# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4312
_____

JAMES C. STALLWORTH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

June 24, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James C. Stallworth, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.